# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Timothy Leroy Sumpter, | ) | Case No. 1:14-cr-074-2 |
| | ) | |
| Defendant. | ) | |

The court **GRANTS** the request for reconsideration of its order denying counsel's request for leave to withdraw as defense counsel. Attorney Steven Balaban is granted leave to withdraw. Attorney Donald A Sauviac, Jr. shall be substituted as counsel for the Defendant Timothy Leroy Sumpter.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court